# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS
# Dallas DIVISION

In re *Cedar Springs Building Management, Ltd.*
*A Partnership*
*fka Cedar Springs Management, Ltd*
,
Debtor(s)

Case No. *09-36705-SGJ11*
Chapter *11*

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 1<br>SBA Loan Servicing<br>Attn: Kenneth McKay Loan Spec<br>2120 Riverfront Dr Ste 100<br>Little Rock AR  72202 | Phone:<br>SBA Loan Servicing<br>Attn: Kenneth McKay Loan Spec<br>2120 Riverfront Dr Ste 100<br>Little Rock AR  72202 | Secured Loan | *Value:*<br>Net Unsecured:<br>*Prior Liens Exist* | $ 438,499.12<br>$ 1,550,000.00<br>$ 39,065.25 |
| 2<br>Kone, Inc.<br>801 Hammon Ste 400<br>Coppell Tx  75019 | Phone:<br>Kone, Inc.<br>801 Hammon Ste 400<br>Coppell Tx  75019 | | D | $ 3,081.00 |
| 3<br>TXU Energy<br>PO Box 650638<br>Dallas Tx  75265 | Phone:<br>TXU Energy<br>PO Box 650638<br>Dallas Tx  75265 | | | $ 1,326.00 |
| 4<br>Allstate Ins. Co.<br>680 N. Hays Rd.<br>Prosper Tx  75078 | Phone:<br>Allstate Ins. Co.<br>680 N. Hays Rd.<br>Prosper Tx  75078 | | | $ 531.08 |
| 5<br>Dallas Utlities & Service<br>City of Dallas<br>PO Box 66025<br>Dallas Tx  75266 | Phone:<br>Dallas Utlities & Service<br>City of Dallas<br>PO Box 66025<br>Dallas Tx  75266 | | | $ 202.99 |

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 6<br>Atmos Energy<br>5400 LBJ Frwy Ste 700<br>Dallas Tx  75240 | Phone:<br>Atmos Energy<br>5400 LBJ Frwy Ste 700<br>Dallas Tx  75240 | | | $ 130.45 |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A PARTNERSHIP

I, *Francis B. Majorie*                              , _____ of the *Partnership* named as debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding Twenty Largest Unsecured Claims and that they are true and correct to the best of my knowledge, information and belief.

Date: *10/20/2009*        Signature */s/ Francis B. Majorie*
                                     Name: *Francis B. Majorie*
                                     Title: