# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Cedar Springs Building Managment, Ltd. | § § § § § § | CASE NO. 09-36705-SGJ-11 |
| DEBTOR. | | |

### Sealed Debtor's Exhibit 5 from May 11, 2010 Hearing
### Relating to Confirmation Hearing

# FILED UNDER SEAL

Pursuant to Order entered on May 13, 2010 as Document No. 82.

