UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**FILED**
MAY 21 2010
TAWANA C. MARSHALL, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Cedar Springs Building Management, Ltd. | § § § § § § | CASE NO. 09-36705-SGJ-11 |
| D E B T O R. | | |

Sealed Debtor's Exhibit 4 from May 11, 2010 Hearing
Relating to Confirmation Hearing

# FILED UNDER SEAL

Pursuant to Order entered on May 20, 2010 as Document No. 91.