



**U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

**ENTERED**
**TAWANA C. MARSHALL, CLERK**
**THE DATE OF ENTRY IS**
**ON THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

_____
**United States Bankruptcy Judge**

**Signed August 20, 2010**

---

BTXN057 (rev. 01/09)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re:                                    §
Cedar Springs Building Management, Ltd.   §    Case No.:  09−36705−sgj11
                                          §    Chapter No.:  11
                        Debtor(s)         §

## ORDER DENYING MOTION FOR WANT OF PROSECUTION

The Court, after review of the file and docket in the above entitled and numbered case, finds that on 05/02/2010, Filed By Respondent Francis B Majorie filed a Motion for protective order and/or to reform order authorizing 2004 examination ("Motion"), document number [73].

The Court also finds that more than forty−five (45) days have passed since the filing of this Motion and that:

- ☑ a Certificate of No Objection has not been filed with respect to the Motion as required by N.D. TX L.B.R. 9007.1(d).

- ☐ no hearing has been requested.

- ☐ Proposed Order has not been submitted.

- ☐ the Court held a hearing on Hearing Date, at which time counsel announced that an order disposing of the Motion would be submitted

- ☐ the matter was removed from the Court's docket on representation of counsel that an order disposing of the Motion would be submitted

- ☑ Other : No response has been filed with regards to Clerk's correspondence requesting status.

The Court further finds that insufficient action has been taken to obtain the relief sought. It is, therefore **ORDERED** that the Motion is **DENIED** without prejudice to refiling.

# # # End of Order # # #