MOR for Cash Basis filers

Monthly Operating Report

**CASH BASIS**

**2004**

rwd, 2/04

| | |
|---|---|
| **CASE NAME:** | Cedar Springs Building Management Ltd |
| **CASE NUMBER:** | 09-36705-SGJ-11 |
| **JUDGE:** | Jernigan |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF TEXAS

DIVISION 6

MONTHLY OPERATING REPORT

ENDING: _____    **Aug-10**

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING MONTHLY OPERATING REPORT (CASH BASIS-1 THROUGH CASH BASIS-6) AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE. DECLARATION OF THE PREPARER (OTHER THAN RESPONSIBLE PARTY): IS BASED ON ALL INFORMATION OF WHICH PREPARER HAS ANY KNOWLEDGE.

RESPONSIBLE PARTY:

_____
ORIGINAL SIGNATURE OF RESPONSIBLE PARTY

President of General Partner
TITLE

Francis B. Majorie
PRINTED NAME OF RESPONSIBLE PARTY

9/20/2010
DATE

PREPARER:

_____
ORIGINAL SIGNATURE OF PREPARER

President of General Partner
TITLE

Francis B. Majorie
PRINTED NAME OF PREPARER

9/20/2010
DATE

MOR for Cash Basis filers
Monthly Operating Report

| CASE NAME: | Cedar Springs Building Management Ltd. | CASH BASIS-1 |
|---|---|---|
| CASE NUMBER: | | rwd, 2/04 |

| CASH RECEIPTS AND DISBURSEMENTS | MONTH August 2010 | MONTH | MONTH | MONTH |
|---|---|---|---|---|
| 1.  CASH - BEGINNING OF MONTH | $100 | $0 | $0 | $100 |
| **RECEIPTS** | | | | |
| 2.  CASH SALES | | | | |
| 3.  ACCOUNTS RECEIVABLE COLLECTIONS | | | | |
| 4.  LOANS & ADVANCES | | | | |
| 5.  SALE OF ASSETS | | | | |
| 6.  LEASE & RENTAL INCOME | | | | |
| 7.  WAGES | | | | |
| 8.  OTHER (ATTACH LIST) | | | | |
| 9.  TOTAL RECEIPTS | $0 | $0 | $0 | $0 |
| **DISBURSEMENTS** | | | | |
| 10.  NET PAYROLL | | | | |
| 11.  PAYROLL TAXES PAID | | | | |
| 12.  SALES, USE & OTHER TAXES PAID | | | | |
| 13.  INVENTORY PURCHASES | | | | |
| 14.  MORTGAGE PAYMENTS | | | | |
| 15.  OTHER SECURED NOTE PAYMENTS | | | | |
| 16.  RENTAL & LEASE PAYMENTS | | | | |
| 17.  UTILITIES | | | | |
| 18.  INSURANCE | | | | |
| 19.  VEHICLE EXPENSES | | | | |
| 20.  TRAVEL | | | | |
| 21.  ENTERTAINMENT | | | | |
| 22.  REPAIRS & MAINTENANCE | | | | |
| 23.  SUPPLIES | | | | |
| 24.  ADVERTISING | | | | |
| 25.  HOUSEHOLD EXPENSES | | | | |
| 26.  CHARITABLE CONTRIBUTIONS | | | | |
| 27.  GIFTS | | | | |
| 28.  OTHER (ATTACH LIST) | | | | |
| 29.  TOTAL ORDINARY DISBURSEMENTS | $0 | $0 | $0 | $0 |
| **REORGANIZATION EXPENSES** | | | | |
| 30.  PROFESSIONAL FEES | | | | |
| 31.  U.S. TRUSTEE FEES | | | | |
| 32.  OTHER (ATTACH LIST) | | | | |
| 33.  TOTAL REORGANIZATION EXPENSES | $0 | $0 | $0 | $0 |
| 34.  TOTAL DISBURSEMENTS | $0 | $0 | $0 | $0 |
| 35.  NET CASH FLOW | $0 | $0 | $0 | $0 |
| 36.  CASH - END OF MONTH | $100 | $0 | $0 | $100 |

| CASE NAME: | Cedar Springs Building Management Ltd. | MOR for Cash Basis filers<br>Monthly Operating Report<br>**CASH BASIS-1A** |
|---|---|---|
| CASE NUMBER | 09-36705-SJG-11 | rwd, 2/04 |

**CASH DISBURSEMENTS DETAIL**
(ATTACH ADDITIONAL SHEETS IF NECESSARY)    MONTH: _____    Aug-10

### CASH DISBURSEMENTS

| DATE | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|
|  | None directly by Debtor |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| **TOTAL CASH DISBURSEMENTS** |  |  | **$0** |

### BANK ACCOUNT DISBURSEMENTS

| CHECK NUMBER | DATE | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|---|
|  |  | None directly by Debtor |  |  |
|  |  |  |  |  |
|  |  | See other parts of Report for payments by |  |  |
|  |  | Majorie and Associates, P.C. |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  | **TOTAL BANK ACCOUNT DISBURSEMENTS** |  |  | **$0** |

| **TOTAL DISBURSEMENTS FOR THE MONTH** |  | **$0** |
|---|---|---|

**MOR for Cash Basis filers**
Monthly Operating Report

**CASE NAME:**  Cedar Springs Building Management Ltd.

**CASE BASIS-2**

**CASE NUMBER:**  09-36705- SGJ-11

rwd, 2/04

The debtor in possession must complete the reconciliation below for each bank account, including all general, payroll and tax accounts, as well as all savings and investment accounts, money market accounts, certificates of deposit, government obligations, etc. Accounts with restricted funds should be identified by placing an asterisk next to the account number. Attach additional sheets if necessary.

MONTH: _____ Aug-10

| BANK RECONCILIATIONS | Account #1 | Account #2 | Account #3 | |
|---|---|---|---|---|
| A.    American National Bank DIP | | | | |
| B.    4300151760 | | | | TOTAL |
| C.    PURPOSE (TYPE): | | | | |
| 1.    BALANCE PER BANK STATEMENT | $100 | | | $100 |
| 2.    ADD: TOTAL DEPOSITS NOT CREDITED | | | | |
| 3.    SUBTRACT: OUTSTANDING CHECKS | | | | |
| 4.    OTHER RECONCILING ITEMS | | | | |
| 5.    MONTH END BALANCE PER BOOKS | $100 | $0 | $0 | $100 |
| 6.    NUMBER OF LAST CHECK WRITTEN | | | | |

| INVESTMENT ACCOUNTS | | | | |
|---|---|---|---|---|
| BANK, ACCOUNT NAME & NUMBER | DATE OF PURCHASE | TYPE OF INSTRUMENT | PURCHASE PRICE | CURRENT VALUE |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11.    TOTAL INVESTMENTS | | | | $0 |

| CASH | | |
|---|---|---|
| 12.    CURRENCY ON HAND | | $0 |
| 13.    TOTAL CASH - END OF MONTH | | $100 |

MOR for Cash Basis filers
Monthly Operating Report

**CASE NAME:**      Cedar Springs Building Management Ltd.      **CASH BASIS-3**

**CASE NUMBER:**      09-36705-SJG-11      rwd, 2/04

### ASSETS OF THE ESTATE

| | SCHEDULE "A" REAL PROPERTY | SCHEDULE AMOUNT * | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|
| 1. | 3514 Cedar Springs Road, Dallas, Texas 75219 | $1,550,000 | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | OTHER (ATTACH LIST) | | | | |
| 5. | TOTAL REAL PROPERTY ASSETS | $1,550,000 | $0 | $0 | $0 |
| | SCHEDULE "B" PERSONAL PROPERTY | | | | |
| 1. | CASH ON HAND | | | | |
| 2. | CHECKING, SAVINGS, ETC. | | | | |
| 3. | SECURITY DEPOSITS | $100 | | | |
| 4. | HOUSEHOLD GOODS | | | | |
| 5. | BOOKS, PICTURES, ART | | | | |
| 6. | WEARING APPAREL | | | | |
| 7. | FURS AND JEWELRY | | | | |
| 8. | FIREARMS & SPORTS EQUIPMENT | | | | |
| 9. | INSURANCE POLICIES | | | | |
| 10. | ANNUITIES | | | | |
| 11. | RETIREMENT & PROFIT SHARING | | | | |
| 12. | STOCKS | | | | |
| 13. | PARTNERSHIPS & JOINT VENTURES | | | | |
| 14. | GOVERNMENT & CORPORATE BONDS | | | | |
| 15. | ACCOUNTS RECEIVABLE | $563,390 | | | |
| 16. | ALIMONY | | | | |
| 17. | OTHER LIQUIDATED DEBTS | | | | |
| 18. | EQUITABLE INTERESTS | | | | |
| 19. | CONTINGENT INTERESTS | | | | |
| 20. | OTHER CLAIMS | $100,000 | | | |
| 21. | PATENTS & COPYRIGHTS | | | | |
| 22. | LICENSES & FRANCHISES | | | | |
| 23. | AUTOS, TRUCKS & OTHER VEHICLES | | | | |
| 24. | BOATS & MOTORS | | | | |
| 25. | AIRCRAFT | | | | |
| 26. | OFFICE EQUIPMENT | | | | |
| 27. | MACHINERY, FIXTURES & EQUIPMENT | | | | |
| 28. | INVENTORY | | | | |
| 29. | ANIMALS | | | | |
| 30. | CROPS | | | | |
| 31. | FARMING EQUIPMENT | | | | |
| 32. | FARM SUPPLIES | | | | |
| 33. | OTHER (ATTACH LIST) | | | | |
| 34. | TOTAL PERSONAL PROPERTY ASSETS | $663,490 | $0 | $0 | $0 |
| 35. | TOTAL ASSETS | $2,213,490 | $0 | $0 | $0 |

* DATE AMENDED _____

MOR for Cash Basis filers
**Monthly Operating Report**

| CASE NAME: | Cedar Springs Building Management Ltd. | **CASH BASIS-4** |

rwd, 2/04

| CASE NUMBER: | 09-36705-SJG-11 |

**MONTH:** ___    Aug-10

### LIABILITIES OF THE ESTATE

| | PREPETITION LIABILITIES | SCHEDULE AMOUNT | PAYMENTS |
|---|---|---|---|
| 1. | SECURED | $1,575 | $8,065 |
| 2. | PRIORITY | | |
| 3. | UNSECURED | $5,272 | |
| 4. | OTHER (ATTACH LIST) | | |
| 5. | TOTAL PREPETITION LIABILITIES | $6,847 | $8,065 |

| | POSTPETITION LIABILITIES | DATE INCURRED | AMOUNT OWED | DUE DATE | AMOUNT PAST-DUE |
|---|---|---|---|---|---|
| 1. | FEDERAL INCOME TAXES | | | | |
| 2. | FICA / MEDICARE | | | | |
| 3. | STATE TAXES | | | | |
| 4. | REAL ESTATE TAXES | | | | |
| 5. | OTHER TAXES (ATTACH LIST) | | | | |
| 6. | TOTAL TAXES | | $0 | | $0 |
| OTHER POSTPETITION LIABILITIES, INCLUDING TRADE CREDITORS (LIST NAMES OF CREDITORS) | | | | | |
| 7. | City of Dallas-water | 8/30/2010 | $111 | 9/14/2010 | |
| 8. | TXU Energy | 8/25/2010 | $2,087 | 9/10/2010 | |
| 9. | Hartford Insurance Company | 8/30/2010 | $861 | 9/19/2010 | |
| 10. | | | | | |
| 11. | | | | | |
| 12. | Note A: Property tax escrow held by counsel totals $21,585 as of August 31, 2010. | | | | |
| 13. | | | | | |
| 14. | | | | | |
| 15. | | | | | |
| 16. | | | | | |
| 17. | | | | | |
| 18. | | | | | |
| 19. | | | | | |
| 20. | | | | | |
| 21. | | | | | |
| 22. | | | | | |
| 23. | | | | | |
| 24. | | | | | |
| 25. | | | | | |
| 26. | | | | | |
| 27. | | | | | |
| 28. | | | | | |
| 29. | (IF ADDITIONAL, ATTACH LIST) | | | | |
| 30. | TOTAL OF LINES 7 - 29 | | $3,059 | | $0 |
| 31. | TOTAL POSTPETITION LIABILITIES | | $3,059 | | $0 |

MOR for Cash Basis filers
Monthly Operating Report

**CASE NAME:** Cedar Springs Building Management Ltd.

**CASE NUMBER** 09-36705-SJG-11

**CASH BASIS-5**

rwd, 2/04

**MONTH:** __                                Aug-10

**PAYMENTS TO INSIDERS AND PROFESSIONALS**

OF THE TOTAL DISBURSEMENTS SHOWN FOR THE MONTH, LIST THE AMOUNT PAID
TO INSIDERS (AS DEFINED IN SECTION 101 (31) (A)-(F) OF THE U.S. BANKRUPTCY CODE)
AND TO PROFESSIONALS. ALSO, FOR PAYMENTS TO INSIDERS, IDENTIFY THE TYPE OF
COMPENSATION PAID (e.g. SALARY, BONUS, COMMISSIONS, INSURANCE, HOUSING ALLOWANCE,
TRAVEL, CAR ALLOWANCE, ETC.). ATTACH ADDITIONAL SHEETS IF NECESSARY.

| INSIDERS | | | |
|---|---|---|---|
| NAME | TYPE OF PAYMENT | AMOUNT PAID | TOTAL PAID TO DATE |
| 1.  None | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6.  TOTAL PAYMENTS TO INSIDERS | | $0 | $0 |

| PROFESSIONALS | | | | | |
|---|---|---|---|---|---|
| NAME | DATE OF COURT ORDER AUTHORIZING PAYMENT | AMOUNT APPROVED | AMOUNT PAID | TOTAL PAID TO DATE | TOTAL INCURRED & UNPAID * |
| 1.  None | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |
| 6.  TOTAL PAYMENTS TO PROFESSIONALS | | $0 | $0 | $0 | $0 |

* INCLUDE ALL FEES INCURRED, BOTH APPROVED AND UNAPPROVED

**POSTPETITION STATUS OF SECURED NOTES, LEASES PAYABLE AND ADEQUATE
PROTECTION PAYMENTS**

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENTS DUE | AMOUNTS PAID DURING MONTH | TOTAL UNPAID POSTPETITION |
|---|---|---|---|
| 1.  Victor Enterprises | | $5,040 | |
| 2.  Sherman & Yaquinto LP (tax escrow payment) | | $3,025 | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6.  TOTAL | $0 | $8,065 | $0 |

| | MOR for Cash Basis filers |
|---|---|
| | Monthly Operating Report |

**CASE NAME:** Cedar Springs Building Management Ltd.

# CASH BASIS-6

**CASE NUMBER** 09-36705-SJG-11

rwd, 2/04

## MONTH: Aug-10

### QUESTIONNAIRE

| | | YES | NO |
|---|---|---|---|
| 1. | HAVE ANY ASSETS BEEN SOLD OR TRANSFERRED OUTSIDE THE NORMAL COURSE OF BUSINESS THIS REPORTING PERIOD? | | No |
| 2. | HAVE ANY FUNDS BEEN DISBURSED FROM ANY ACCOUNT OTHER THAN A DEBTOR IN POSSESSION ACCOUNT? | | No |
| 3. | ARE ANY POSTPETITION RECEIVABLES (ACCOUNTS, NOTES, OR LOANS) DUE FROM RELATED PARTIES? | Yes | |
| 4. | HAVE ANY PAYMENTS BEEN MADE ON PREPETITION LIABILITIES THIS REPORTING PERIOD? | Yes | |
| 5. | HAVE ANY POSTPETITION LOANS BEEN RECEIVED BY THE DEBTOR FROM ANY PARTY? | | No |
| 6. | ARE ANY POSTPETITION PAYROLL TAXES PAST DUE? | | No |
| 7. | ARE ANY POSTPETITION STATE OR FEDERAL INCOME TAXES PAST DUE? | | No |
| 8. | ARE ANY POSTPETITION REAL ESTATE TAXES PAST DUE? | | No |
| 9. | ARE ANY OTHER POSTPETITION TAXES PAST DUE? | | No |
| 10. | ARE ANY AMOUNTS OWED TO POSTPETITION CREDITORS DELINQUENT? | | No |
| 11. | HAVE ANY PREPETITION TAXES BEEN PAID DURING THE REPORTING PERIOD? | | No |
| 12. | ARE ANY WAGE PAYMENTS PAST DUE? | | No |

IF THE ANSWER TO ANY OF THE ABOVE QUESTIONS IS "YES," PROVIDE A DETAILED
EXPLANATION OF EACH ITEM. ATTACH ADDITIONAL SHEETS IF NECESSARY.
Item 3: Majorie and Associates paid $5,040 to Victor Enterprises as rent/cash collateral. Majorie and Associates also paid
$3,025 to counsel for tax escrow.

### INSURANCE

| | | YES | NO |
|---|---|---|---|
| 1. | ARE WORKER'S COMPENSATION, GENERAL LIABILITY AND OTHER NECESSARY INSURANCE COVERAGES IN EFFECT? | Yes | |
| 2. | ARE ALL PREMIUM PAYMENTS PAID CURRENT? | Yes | |
| 3. | PLEASE ITEMIZE POLICIES BELOW. | | |

IF THE ANSWER TO ANY OF THE ABOVE QUESTIONS IS "NO," OR IF ANY POLICIES HAVE BEEN
CANCELLED OR NOT RENEWED DURING THIS REPORTING PERIOD, PROVIDE AN EXPLANATION
BELOW. ATTACH ADDITIONAL SHEETS IF NECESSARY.

### INSTALLMENT PAYMENTS

| TYPE OF POLICY | CARRIER | PERIOD COVERED | PAYMENT AMOUNT & FREQUENCY |
|---|---|---|---|
| General Liability | Hartford | 9/9/09 to 9/9/10 | $425 Monthly |
| | | | |
| | | | |
| | | | |
| | | | |