**Robert Yaquinto, Jr.**
State Bar No. 22115750
SHERMAN & YAQUINTO, LL P
509 Montclair Ave.
Dallas, Texas 75208
(214) 942-5502  (214) 946-7601 – fax
*rob@syllp.com*
**ATTORNEYS FOR**
**CEDAR SPRINGS BUILDING MANAGEMENT, LTD**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

IN RE:

|  |  |  |
|---|---|---|
| | § | |
| CEDAR SPRINGS BUILDING | § | **CASE NO.** 09-36705-SGJ-11 |
| MANAGEMENT, LTD | § | |
| | § | |
| DEBTOR | | |

**DEBTOR'S MOTION FOR ENTRY OF FINAL DECREE**

TO: THE HONORABLE STACEY G.C. JERNIGAN,
     UNITED STATES BANKRUPTCY JUDGE

CEDAR SPRINGS BUILDING MANAGEMENT, LTD ("Cedar Springs"), the Debtor in

the above styled case, files this Motion for Entry of Final Decree pursuant to Bankruptcy Rule

3022.

**JURISDICTION**

1.      This court has jurisdiction over this matter pursuant to 11 U.S.C. §350; 28 U.S.C. §157

and 1334; and Bankruptcy Rule 3002.  This is a core proceeding.

**BACKGROUND**

2.      Cedar Springs Building Management, Ltd filed a voluntary Chapter 11 on October 5,

2009.  The Order Confirming the Second Amended Plan was entered on September 7, 2010.

3.      Since entry of the Order confirming the plan, Debtor has made two payments to Victor

Enterprises, Inc. as required in the plan.  Melissa Properties, Ltd has been paid in full and its

notes and liens have been assigned to Legacy Associates, LLC.  The initial payment to Small

Business Administration/ Fort Worth Economic Development Corporation has been made and

Cedar Springs is making arrangements to have the monthly payment withdrawn from its account

automatically.  The final fee application of Debtor's Counsel has been filed and set for hearing.

Arrangements have been made for the payment of fees and expenses allowed by the Court.

4.      The estate has been fully administered.  With the exception of any allowed attorneys fees,

the remaining creditors are secured creditors and their rights have been preserved in Debtor's

Second Amended Plan and the Order Confirming Plan.

## **RELIEF REQUESTED**

5.      Bankruptcy Rule 3022 provides that a Final Decree shall enter a Final Decree closing the

case once the case has been fully administered.  Factors the court should consider in determining

whether the estate is fully administered are: a) has the order confirming the plan become final; b)

have deposits required under the plan been made; c) has the property proposed to be transferred

in the plan been transferred; d) has the debtor assumed management of the business; e) have

payments commenced; f) have all motions, contested matters or adversaries been resolved.

6.      In this case a) the confirmation order has become final; b) there were no deposits required

to be made under the plan; c) Legacy Associates, LLC has paid the debt of Melissa Properties,

Ltd and has taken an assignment of its lien position.  Furthermore, Legacy Associates, LLC has

entered into a subordination agreement with Victor Enterprises, Inc. as required under the plan.

Victor Enterprises, Inc.'s is now holds the first lien on Debtor's real property; d) debtor has

assumed management of its real estate; e) all payments have commenced; f) the final fee

application of Debtor's counsel is the only unresolved matter and it will have been resolved

before this Court enters the final decree. All motions, contested matters and adversary

proceedings have been resolved.


### PRAYER

Cedar Springs Building Management, Ltd prays that this court enter an Order a Final

Decree closing this case and discharging debtor; and for such other and further relief to which it

shows itself entitled.

Respectfully submitted,

   /s/   Robert Yaquinto, Jr.
**Robert Yaquinto, Jr.**
State Bar No. 22115750
SHERMAN & YAQUINTO, LL P
509 Montclair Ave.
Dallas, Texas 75208
(214) 942-5502  (214) 946-7601 – fax
*rob@syllp.com*
**ATTORNEYS FOR
CEDAR SPRINGS BUILDING
MANAGEMENT, LTD**


### CERTIFICATE OF SERVICE

I certify that on this 8th day of November, 2010, a true and correct copy of the **DEBTOR'S MOTION FOR ENTRY OF FINAL DECREE** was forwarded to all of the creditors on the attached service list by first class mail, postage prepaid and/or electronically by serving all parties receiving copies of pleadings filed in this case through the ECF system.

   */s/ Robert Yaquinto, Jr.*
**Robert Yaquinto, Jr.**

Alliance Lending
Attn: Lorene Collier
1150 S. Frwy, Suite 215
Fort Worth, TX 76104

Melissa Prop. dba TX Land Fin
c/o George S. Henry Esq.
4201 Spring Valley Rd., Suite 1102
Dallas, TX 75244

TXU Energy
P. O. Bxo 650638
Dallas, TX 75265

Charles E. Price
c/o Victoria M. Yarkho Esq
15303 Dallas Pkwy, Suite 700
Dallas, TX 75001

Republic Title
c/o Kathy Smith
2626 Howell St., 10th Floor
Dallas, TX 75204

Comptroller of Public Accts
P. O. Box 13528
Austin, TX 78711-3528

U.S. Attorney
1100 Commerce Street
Room 16G28
Dallas, TX 75242

County of Dallas Tax Dept.
John R. Ames Tax Assessor
500 Elm St., Records Bldg.
Dallas, TX 75202-3304

U.S. Trustee
1100 Commerce Street, Room 976
Dallas, TX 75242

Francis B. Majorie
3514 Cedar Springs Rd.
Dallas, TX 75219

Victor Enterprises, Inc.
c/o William . Wolfe, P.C.
5949 Sherry Lane, Suite 550
Dallas, TX 75225

Internal Revenue Service
1100 Commerce
MAIL CODE 5027DAL, Room 9A20
Dallas, TX 75242

Allstate Ins. Co.
680 N. Hays Rd.
Prosper, TX 75078

LOMC, Inc.
3514 Cedar Springs Road
Dallas, TX 75219

Atmos Energy
5400 LBJ Frwy, Suite 700
Dallas, TX 75240

Dallas Utilities & Service
City of Dallas
P. O. Box 66025
Dallas, TX 75266

Majorie & Associates PC
3514 Cedar Springs Road
Dallas, TX 75219

Kone, Inc.
801 Hammon, Suite 400
Coppell, TX 75019

SBA Loan Servicing
Attn: Kenneth McKay Loan Spec
2120 Riverfront Dr., Suite 100
Little Rock, AR 72202

Andrew F. Baka
Special Assistant U.S. Attorney
U.S. Small Business Administration
4300 Amon Carter Blvd., Suite 114
Fort Worth, TX 76155