Robert Yaquinto, Jr.
State Bar No. 22115750
SHERMAN & YAQUINTO, L.L.P.
509 N. Montclair Avenue
Dallas, Texas 75208-5498
214/942-5502   Fax: 214/946-7601
ATTORNEYS FOR DEBTOR

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| IN RE: § | |
| § | |
| **CEDAR SPRINGS BUILDING MANAGEMENT** § | **CASE NO. 09-36705-SGJ-11** |
| **dba CEDAR SPRINGS MANAGEMENT, LTD.** § | HEARING DATE: November 29, 2010 |
| DEBTOR § | HEARING TIME:  1:30 P.M. |

## NOTICE OF HEARING AND CERTIFICATE OF MAILING

PLEASE TAKE NOTICE that ***SHERMAN & YAQUINTO, LLP'S FINAL FEE APPLICATION and DEBTOR'S MOTION FOR ENTRY OF FINAL DECREE*** have been set for hearing on **Monday, November 29, 2010 1:30 p.m.** before The Hon. Stacey G. Jernigan, United States Bankruptcy Judge, 1100 Commerce Street, 14th Floor, Dallas, TX 75242.

THIS WILL CERTIFY that on the 8th day of November, 2010, a copy of this Notice of Hearing was forwarded via electronic transmission or regular U.S. Mail, postage prepaid to all parties on the attached service list.

Respectfully submitted,

BY:   /s/  Robert Yaquinto, Jr.
Robert Yaquinto, Jr.
State Bar No. 22115750
509 North Montclair Avenue
Dallas, Texas 75208-5498
(214) 942-5502   (214) 946-7601 - fax
ATTORNEY FOR TRUSTEE

| | | |
|---|---|---|
| Alliance Lending<br>Attn: Lorene Collier<br>1150 S. Frwy, Suite 215<br>Fort Worth, TX 76104 | Melissa Prop. dba TX Land Fin<br>c/o George S. Henry Esq.<br>4201 Spring Valley Rd., Suite 1102<br>Dallas, TX 75244 | TXU Energy<br>P. O. Bxo 650638<br>Dallas, TX 75265 |
| Charles E. Price<br>c/o Victoria M. Yarkho Esq<br>15303 Dallas Pkwy, Suite 700<br>Dallas, TX 75001 | Republic Title<br>c/o Kathy Smith<br>2626 Howell St., 10th Floor<br>Dallas, TX 75204 | Comptroller of Public Accts<br>P. O. Box 13528<br>Austin, TX 78711-3528 |
| U.S. Attorney<br>1100 Commerce Street<br>Room 16G28<br>Dallas, TX 75242 | County of Dallas Tax Dept.<br>John R. Ames Tax Assessor<br>500 Elm St., Records Bldg.<br>Dallas, TX 75202-3304 | U.S. Trustee<br>1100 Commerce Street, Room 976<br>Dallas, TX 75242 |
| Francis B. Majorie<br>3514 Cedar Springs Rd.<br>Dallas, TX 75219 | Victor Enterprises, Inc.<br>c/o William . Wolfe, P.C.<br>5949 Sherry Lane, Suite 550<br>Dallas, TX 75225 | Internal Revenue Service<br>1100 Commerce<br>MAIL CODE 5027DAL, Room 9A20<br>Dallas, TX 75242 |
| Allstate Ins. Co.<br>680 N. Hays Rd.<br>Prosper, TX 75078 | LOMC, Inc.<br>3514 Cedar Springs Road<br>Dallas, TX 75219 | Atmos Energy<br>5400 LBJ Frwy, Suite 700<br>Dallas, TX 75240 |
| Dallas Utilities & Service<br>City of Dallas<br>P. O. Box 66025<br>Dallas, TX 75266 | Majorie & Associates PC<br>3514 Cedar Springs Road<br>Dallas, TX 75219 | Kone, Inc.<br>801 Hammon, Suite 400<br>Coppell, TX 75019 |
| SBA Loan Servicing<br>Attn: Kenneth McKay Loan Spec<br>2120 Riverfront Dr., Suite 100<br>Little Rock, AR 72202 | Andrew F. Baka<br>Special Assistant U.S. Attorney<br>U.S. Small Business Administration<br>4300 Amon Carter Blvd., Suite 114<br>Fort Worth, TX 76155 | |